# United States Bankruptcy Court
## Northern District of Georgia

In re  **Robert Earl Hall, Jr.**  
Debtor(s)

Case No. **24-61981**  
Chapter **13**

## PAYMENT ADVICES COVER SHEET - AMENDED
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Robert Earl Hall, Jr.**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **November 10, 2024**

Signature **/s/ Robert Earl Hall, Jr.**  
**Robert Earl Hall, Jr.**  
Debtor

**Note:** Year-To-Date (YTD) balance information is shown on the last pay statement of each month and on your latest weekly pay statement.

**LOCKHEED MARTIN**
Enterprise Business Services
P.O. Box 33003
Lakeland, FL 33807-3003

| Name | LMPeople ID | Regular Shift | Compensation Rate/Frequency | Hourly Absence Rate | Pay Period |
|---|---|---|---|---|---|
| Robert Hall, Jr | 098317 | 1 | $51.040000 / Hourly | $51.040000 | 10/05/2024 to 10/11/2024 |

### Hours/Earnings and Reimbursements
------------ Current ------------

| Description | Hours | Rate of Pay | Earnings |
|---|---|---|---|
| Regular Pay | 36.13 | 51.040000 | 1,844.08 |
| Overtime Base 1.0 | 15.86 | 51.040000 | 809.49 |
| Overtime Premium 0.5 | 8.54 | 25.660800 | 219.14 |
| Overtime Premium 1.0 | 7.32 | 51.040000 | 373.61 |
| Vacation | 4.00 | 51.040000 | 204.16 |
| Holiday | 0.00 | | 0.00 |
| Personal - PTO | 0.00 | | 0.00 |
| Lump Sum Bonus - NDiscretionar | 0.00 | | 0.00 |
| OT NSB @ $1.00/hr | 14.64 | 1.000000 | 14.64 |
| **Total Hours Worked/Gross Pay:** | **51.99** | | **3,465.12** |

### After-Tax Deductions

| Description | Current |
|---|---|
| Roth Performance Sharing Sav | 0.00 |
| ARAG Legal Insurance | 4.55 |
| Dep Opt Term Life | 0.21 |
| Court Order | 105.43 |
| IAM Machinist Custom Choice B | 38.12 |
| Loan-HSP | 0.00 |
| Loan-PSP | 56.90 |
| IAM #709 Union Dues | 23.02 |
| **TOTAL:** | **228.23** |

### Taxes

| Description | Current |
|---|---|
| Fed Withholding | 248.38 |
| Fed FICA Med Hospital Ins / EE | 49.73 |
| Fed OASDI/Disability - EE | 212.64 |
| GA Withholding | 153.44 |
| **TOTAL:** | **664.19** |

### Before-Tax Deductions

| Description | Current |
|---|---|
| Performance Sharing Savings Pl | 0.00 |
| Medical | 51.70 |
| Dental | 12.35 |
| Vision | 2.67 |
| Health Savings Account | 146.00 |
| EE Special Accident | 2.31 |
| Spouse Special Accident | 1.62 |
| Child Special Accident | 0.40 |
| **TOTAL:** | **217.05** |

### Non-Paid Updates (Memo)

| Description | Hours | Current |
|---|---|---|
| Abs FMLA-Unpaid | 0.00 | 0.00 |
| Pers Business-Unpaid | 0.00 | 0.00 |
| Medical Imputed Income | 0.00 | 164.13 |
| Dental Imputed Income | 0.00 | 13.44 |
| Vision Imputed Income | 0.00 | 1.88 |
| Special Accident Imputed Incom | 0.00 | 2.02 |

| | Gross Earnings | Non-Taxable Reimbursements | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current:** | 3,465.12 | 0.00 | 664.19 | 445.28 | 2,355.65 |

| Employer BIN |
|---|
| 1925754LX |

### Net Pay

| | | |
|---|---|---|
| Advice # (Checking) | 9▮▮▮▮ | 1,120.00 |
| Advice # (Checking) | 9▮▮▮▮ | 350.00 |
| Advice # (Checking) | 9▮▮▮▮ | 885.65 |
| **Check Date:** | | 10/18/2024 |

**For questions or concerns, please contact the following:**
Lockheed Martin Employee Service Center (LMESC) at 1-866-562-2363.
Overseas employees may call 201-242-4397.
TDD services are available at 800-TDD-TDD4.
Representatives will assist you 8am - 8pm, Monday - Friday, Eastern time.

**Note:** Year-To-Date (YTD) balance information is shown on the last pay statement of each month and on your latest weekly pay statement.



LOCKHEED MARTIN
Enterprise Business Services
P.O. Box 33003
Lakeland, FL 33807-3003

| Name | LMPeople ID | Regular Shift | Compensation Rate/Frequency | Hourly Absence Rate | Pay Period |
|---|---|---|---|---|---|
| Robert Hall, Jr | 098317 | 1 | $51.040000 / Hourly | $51.040000 | 09/21/2024 to 09/27/2024 |

### Hours/Earnings and Reimbursements
------------ Current ------------

| Description | Hours | Rate of Pay | Earnings |
|---|---|---|---|
| Regular Pay | 35.41 | 51.040000 | 1,807.33 |
| Overtime Base 1.0 | 22.37 | 51.040000 | 1,141.76 |
| Overtime Premium 0.5 | 10.87 | 25.520000 | 277.40 |
| Overtime Premium 1.0 | 11.50 | 51.040000 | 586.96 |
| Vacation | 0.00 | | 0.00 |
| Holiday | 0.00 | | 0.00 |
| Personal - PTO | 0.00 | | 0.00 |
| Lump Sum Bonus - NDiscretionar | 0.00 | | 0.00 |
| OT NSB @ $1.00/hr | 0.00 | | 0.00 |
| **Total Hours Worked/Gross Pay:** | **57.78** | | **3,813.45** |

### After-Tax Deductions

| Description | Current |
|---|---|
| Roth Performance Sharing Sav | 0.00 |
| ARAG Legal Insurance | 4.55 |
| Dep Opt Term Life | 0.21 |
| Court Order | 105.43 |
| IAM Machinist Custom Choice B | 38.12 |
| Loan-HSP | 0.00 |
| Loan-PSP | 23.46 |
| IAM #709 Union Dues | 23.02 |
| **TOTAL:** | **194.79** |

### Taxes

| Description | Current |
|---|---|
| Fed Withholding | 325.01 |
| Fed FICA Med Hospital Ins / EE | 54.78 |
| Fed OASDI/Disability - EE | 234.23 |
| GA Withholding | 172.56 |
| **TOTAL:** | **786.58** |

### Before-Tax Deductions

| Description | Current |
|---|---|
| Performance Sharing Savings Pl | 0.00 |
| Medical | 51.70 |
| Dental | 12.35 |
| Vision | 2.67 |
| Health Savings Account | 146.00 |
| EE Special Accident | 2.31 |
| Spouse Special Accident | 1.62 |
| Child Special Accident | 0.40 |
| **TOTAL:** | **217.05** |

### Non-Paid Updates (Memo)

| Description | Hours | Current |
|---|---|---|
| Abs FMLA-Unpaid | 0.00 | 0.00 |
| Pers Business-Unpaid | 4.59 | 0.00 |
| Medical Imputed Income | 0.00 | 164.13 |
| Dental Imputed Income | 0.00 | 13.44 |
| Vision Imputed Income | 0.00 | 1.88 |
| Special Accident Imputed Incom | 0.00 | 2.02 |

| | Gross Earnings | Non-Taxable Reimbursements | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current:** | 3,813.45 | 0.00 | 786.58 | 411.84 | 2,615.03 |

| Employer BIN |
|---|
| 1925754LX |

### Net Pay

| | | |
|---|---|---|
| Advice # (Checking) | ▬▬▬ | 1,120.00 |
| Advice # (Checking) | ▬▬▬ | 350.00 |
| Advice # (Checking) | ▬▬▬ | 1,145.03 |
| **Check Date:** | | 10/04/2024 |

**For questions or concerns, please contact the following:**
Lockheed Martin Employee Service Center (LMESC) at 1-866-562-2363.
Overseas employees may call 201-242-4397.
TDD services are available at 800-TDD-TDD4.
Representatives will assist you 8am - 8pm, Monday - Friday, Eastern time.



**Note:** Year-To-Date (YTD) balance information below reflects the accrual as of the end of the month shown. Current YTD totals, and paid time off balances appear on your latest weekly pay statement.

Enterprise Business Services
P.O. Box 33003
Lakeland, FL 33807-3003

| Name | LMPeople ID | Regular Shift | Compensation Rate/Frequency | Hourly Absence Rate | Pay Period |
|---|---|---|---|---|---|
| Robert Hall, Jr | 098317 | 1 | $51.040000 / Hourly | $51.040000 | 09/14/2024 to 09/20/2024 |

### Hours/Earnings and Reimbursements

| Description | Hours | Rate of Pay | Earnings | Hours YTD | Earnings YTD |
|---|---|---|---|---|---|
| Regular Pay | 36.28 | 51.040000 | 1,851.73 | 1,218.13 | 61,497.48 |
| Overtime Base 1.0 | 36.27 | 51.040000 | 1,851.22 | 720.96 | 36,452.07 |
| Overtime Premium 0.5 | 18.50 | 25.520000 | 472.12 | 454.20 | 11,560.74 |
| Overtime Premium 1.0 | 17.77 | 51.040000 | 906.98 | 266.76 | 13,485.93 |
| Vacation | 0.00 | | 0.00 | 121.00 | 6,115.08 |
| Holiday | 0.00 | | 0.00 | 80.00 | 3,985.20 |
| Personal - PTO | 0.00 | | 0.00 | 48.00 | 2,398.96 |
| Lump Sum Bonus - NDiscretionar | 0.00 | | 0.00 | 0.00 | 1,300.00 |
| OT NSB @ $1.00/hr | 0.00 | | 0.00 | 15.78 | 15.78 |
| **Total Hours Worked/Gross Pay:** | **72.55** | | **5,082.05** | **1,939.09** | **136,811.24** |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Roth Performance Sharing Sav | 0.00 | 598.94 |
| ARAG Legal Insurance | 4.55 | 177.45 |
| Dep Opt Term Life | 0.21 | 8.19 |
| Court Order | 105.43 | 4,111.77 |
| IAM Machinist Custom Choice B | 38.12 | 1,486.68 |
| Loan-HSP | 0.00 | 787.92 |
| Loan-PSP | 23.46 | 276.80 |
| IAM #709 Union Dues | 23.02 | 897.78 |
| **TOTAL:** | **194.79** | **8,345.53** |

### Taxes

| Description | Current | YTD | Taxable YTD |
|---|---|---|---|
| Fed Withholding | 612.85 | 12,073.07 | 134,068.68 |
| Fed FICA Med Hospital Ins / EE | 73.17 | 1,963.64 | 135,423.62 |
| Fed OASDI/Disability - EE | 312.88 | 8,396.26 | 135,423.62 |
| GA Withholding | 242.21 | 6,001.51 | 134,068.68 |
| **TOTAL:** | **1,241.11** | **28,434.48** | |

### Before-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Performance Sharing Savings Pl | 0.00 | 1,354.94 |
| Medical | 51.70 | 2,016.30 |
| Dental | 12.35 | 481.65 |
| Vision | 2.67 | 104.13 |
| Health Savings Account | 146.00 | 5,694.00 |
| EE Special Accident | 2.31 | 90.09 |
| Spouse Special Accident | 1.62 | 63.18 |
| Child Special Accident | 0.40 | 15.60 |
| **TOTAL:** | **217.05** | **9,819.89** |

### Non-Paid Updates (Memo)

| Description | Hours | Current | Hours YTD | YTD |
|---|---|---|---|---|
| Abs FMLA-Unpaid | 0.00 | 0.00 | 35.52 | 0.00 |
| Pers Business-Unpaid | 3.72 | 0.00 | 24.36 | 0.00 |
| Medical Imputed Income | 0.00 | 164.13 | 0.00 | 6,401.07 |
| Dental Imputed Income | 0.00 | 13.44 | 0.00 | 524.16 |
| Vision Imputed Income | 0.00 | 1.88 | 0.00 | 73.32 |
| Special Accident Imputed Incom | 0.00 | 2.02 | 0.00 | 78.78 |

| | Gross Earnings | Non-Taxable Reimbursements | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current:** | 5,082.05 | 0.00 | 1,241.11 | 411.84 | 3,429.10 |
| **YTD:** | 136,811.24 | 0.00 | 28,434.48 | 18,165.42 | 90,211.34 |

### Paid Time Off

| Plan | Earned |
|---|---|
| Vacation | 0.86 |
| Personal | 2 |

### Employer BIN
1925754LX

### Net Pay

| | | |
|---|---|---|
| Advice # (Checking) | | 1,120.00 |
| Advice # (Checking) | | 350.00 |
| Advice # (Checking) | 9 | 1,959.10 |
| **Check Date:** | | 09/27/2024 |

For questions or concerns, please contact the following:
Lockheed Martin Employee Service Center (LMESC) at 1-866-562-2363.
Overseas employees may call 201-242-4397.
TDD services are available at 800-TDD-TDD4.
Representatives will assist you 8am - 8pm, Monday - Friday, Eastern time.

**Note:** Year-To-Date (YTD) balance information below reflects the accrual as of the end of the month shown. Current YTD totals, and paid time off balances appear on your latest weekly pay statement.

**LOCKHEED MARTIN**
Enterprise Business Services
P.O. Box 33003
Lakeland, FL 33807-3003

| Name | LMPeople ID | Regular Shift | Compensation Rate/Frequency | Hourly Absence Rate | Pay Period |
|---|---|---|---|---|---|
| Robert Hall, Jr | 098317 | 1 | $51.040000 / Hourly | $51.040000 | 10/12/2024 to 10/18/2024 |

### Hours/Earnings and Reimbursements

| Description | Hours | Rate of Pay | Earnings | Hours YTD | Earnings YTD |
|---|---|---|---|---|---|
| Regular Pay | 38.14 | 51.040000 | 1,946.67 | 1,364.32 | 68,959.03 |
| Overtime Base 1.0 | 15.35 | 51.040000 | 783.46 | 801.42 | 40,558.74 |
| Overtime Premium 0.5 | 8.64 | 25.520000 | 220.49 | 501.88 | 12,778.73 |
| Overtime Premium 1.0 | 6.71 | 51.040000 | 342.48 | 299.54 | 15,159.02 |
| Vacation | 2.00 | 51.040000 | 102.08 | 129.00 | 6,523.40 |
| Holiday | 0.00 | | 0.00 | 80.00 | 3,985.20 |
| Personal - PTO | 0.00 | | 0.00 | 48.00 | 2,398.96 |
| Lump Sum Bonus - NDiscretionar | 0.00 | | 0.00 | 0.00 | 1,300.00 |
| OT NSB @ $1.00/hr | 0.00 | | 0.00 | 30.42 | 30.42 |
| **Total Hours Worked/Gross Pay:** | **53.49** | | **3,395.18** | **2,165.74** | **151,693.50** |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Roth Performance Sharing Sav | 0.00 | 598.94 |
| ARAG Legal Insurance | 4.55 | 195.65 |
| Dep Opt Term Life | 0.21 | 9.03 |
| Court Order | 105.43 | 4,533.49 |
| IAM Machinist Custom Choice B | 38.12 | 1,639.16 |
| Loan-HSP | 0.00 | 787.92 |
| Loan-PSP | 56.90 | 470.96 |
| IAM #709 Union Dues | 23.02 | 989.86 |
| **TOTAL:** | **228.23** | **9,225.01** |

### Taxes

| Description | Current | YTD | Taxable YTD |
|---|---|---|---|
| Fed Withholding | 232.99 | 13,291.38 | 148,808.62 |
| Fed FICA Med Hospital Ins / EE | 48.71 | 2,177.37 | 150,163.56 |
| Fed OASDI/Disability - EE | 208.29 | 9,310.14 | 150,163.56 |
| GA Withholding | 149.60 | 6,671.36 | 148,808.62 |
| **TOTAL:** | **639.59** | **31,450.25** | |

### Before-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Performance Sharing Savings Pl | 0.00 | 1,354.94 |
| Medical | 51.70 | 2,223.10 |
| Dental | 12.35 | 531.05 |
| Vision | 2.67 | 114.81 |
| Health Savings Account | 146.00 | 6,278.00 |
| EE Special Accident | 2.31 | 99.33 |
| Spouse Special Accident | 1.62 | 69.66 |
| Child Special Accident | 0.40 | 17.20 |
| **TOTAL:** | **217.05** | **10,688.09** |

### Non-Paid Updates (Memo)

| Description | Hours | Current | Hours YTD | YTD |
|---|---|---|---|---|
| Abs FMLA-Unpaid | 0.00 | 0.00 | 35.52 | 0.00 |
| Pers Business-Unpaid | 0.00 | 0.00 | 29.80 | 0.00 |
| Medical Imputed Income | 0.00 | 164.13 | 0.00 | 7,057.59 |
| Dental Imputed Income | 0.00 | 13.44 | 0.00 | 577.92 |
| Vision Imputed Income | 0.00 | 1.88 | 0.00 | 80.84 |
| Special Accident Imputed Incom | 0.00 | 2.02 | 0.00 | 86.86 |

| | Gross Earnings | Non-Taxable Reimbursements | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current:** | 3,395.18 | 0.00 | 639.59 | 445.28 | 2,310.31 |
| **YTD:** | 151,693.50 | 0.00 | 31,450.25 | 19,913.10 | 100,330.15 |

### Paid Time Off

| Plan | Earned |
|---|---|
| Vacation | 6.2 |
| Personal | 2 |

**Employer BIN:** 1925754LX

### Net Pay

| | | |
|---|---|---|
| Advice # (Checking) | | 1,120.00 |
| Advice # (Checking) | | 350.00 |
| Advice # (Checking) | | 840.31 |
| **Check Date:** | | 10/25/2024 |

For questions or concerns, please contact the following:
Lockheed Martin Employee Service Center (LMESC) at 1-866-562-2363.
Overseas employees may call 201-242-4397.
TDD services are available at 800-TDD-TDD4.
Representatives will assist you 8am - 8pm, Monday - Friday, Eastern time.

**Note:** Year-To-Date (YTD) balance information is shown on the last pay statement of each month and on your latest weekly pay statement.

**LOCKHEED MARTIN**
Enterprise Business Services
P.O. Box 33003
Lakeland, FL 33807-3003

| Name | LMPeople ID | Regular Shift | Compensation Rate/Frequency | Hourly Absence Rate | Pay Period |
|---|---|---|---|---|---|
| Robert Hall, Jr | 098317 | 1 | $51.040000 / Hourly | $51.040000 | 09/28/2024 to 10/04/2024 |

### Hours/Earnings and Reimbursements
------------ Current ------------

| Description | Hours | Rate of Pay | Earnings |
|---|---|---|---|
| Regular Pay | 36.51 | 51.040000 | 1,863.47 |
| Overtime Base 1.0 | 26.88 | 51.040000 | 1,371.96 |
| Overtime Premium 0.5 | 19.63 | 25.520000 | 500.96 |
| Overtime Premium 1.0 | 7.25 | 51.040000 | 370.04 |
| Vacation | 2.00 | 51.040000 | 102.08 |
| Holiday | 0.00 | | 0.00 |
| Personal - PTO | 0.00 | | 0.00 |
| Lump Sum Bonus - NDiscretionar | 0.00 | | 0.00 |
| OT NSB @ $1.00/hr | 0.00 | | 0.00 |
| **Total Hours Worked/Gross Pay:** | **63.39** | | **4,208.51** |

### After-Tax Deductions

| Description | Current |
|---|---|
| Roth Performance Sharing Sav | 0.00 |
| ARAG Legal Insurance | 4.55 |
| Dep Opt Term Life | 0.21 |
| Court Order | 105.43 |
| IAM Machinist Custom Choice B | 38.12 |
| Loan-HSP | 0.00 |
| Loan-PSP | 56.90 |
| IAM #709 Union Dues | 23.02 |
| **TOTAL:** | **228.23** |

### Taxes

| Description | Current |
|---|---|
| Fed Withholding | 411.93 |
| Fed FICA Med Hospital Ins / EE | 60.51 |
| Fed OASDI/Disability - EE | 258.72 |
| GA Withholding | 194.25 |
| **TOTAL:** | **925.41** |

### Before-Tax Deductions

| Description | Current |
|---|---|
| Performance Sharing Savings Pl | 0.00 |
| Medical | 51.70 |
| Dental | 12.35 |
| Vision | 2.67 |
| Health Savings Account | 146.00 |
| EE Special Accident | 2.31 |
| Spouse Special Accident | 1.62 |
| Child Special Accident | 0.40 |
| **TOTAL:** | **217.05** |

### Non-Paid Updates (Memo)

| Description | Hours | Current |
|---|---|---|
| Abs FMLA-Unpaid | 0.00 | 0.00 |
| Pers Business-Unpaid | 0.85 | 0.00 |
| Medical Imputed Income | 0.00 | 164.13 |
| Dental Imputed Income | 0.00 | 13.44 |
| Vision Imputed Income | 0.00 | 1.88 |
| Special Accident Imputed Incom | 0.00 | 2.02 |

| | Gross Earnings | Non-Taxable Reimbursements | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current:** | 4,208.51 | 0.00 | 925.41 | 445.28 | 2,837.82 |

| Employer BIN |
|---|
| 1925754LX |

| Net Pay | | |
|---|---|---|
| Advice # (Checking) | | |
| | | 350.00 |
| Advice # (Checking) | 1 | 1,367.82 |
| **Check Date:** | | 10/11/2024 |

**For questions or concerns, please contact the following:**
Lockheed Martin Employee Service Center (LMESC) at 1-866-562-2363.
Overseas employees may call 201-242-4397.
TDD services are available at 800-TDD-TDD4.
Representatives will assist you 8am - 8pm, Monday - Friday, Eastern time.

**Note:** Year-To-Date (YTD) balances and Paid Time Off information reflect your balances as of the Pay Period End Date shown.

**LOCKHEED MARTIN**
Enterprise Business Services
P.O. Box 33003
Lakeland, FL 33807-3003

| Name | LMPeople ID | Regular Shift | Compensation Rate/Frequency | Hourly Absence Rate | Pay Period |
|---|---|---|---|---|---|
| Robert Hall, Jr | 098317 | 1 | $51.040000 / Hourly | $51.040000 | 09/28/2024 to 10/04/2024 |

### Hours/Earnings and Reimbursements

| Description | Hours | Rate of Pay | Earnings | Hours YTD | Earnings YTD |
|---|---|---|---|---|---|
| Regular Pay | 36.51 | 51.040000 | 1,863.47 | 1,290.05 | 65,168.28 |
| Overtime Base 1.0 | 26.88 | 51.040000 | 1,371.96 | 770.21 | 38,965.79 |
| Overtime Premium 0.5 | 19.63 | 25.520000 | 500.96 | 484.70 | 12,339.10 |
| Overtime Premium 1.0 | 7.25 | 51.040000 | 370.04 | 285.51 | 14,442.93 |
| Vacation | 2.00 | 51.040000 | 102.08 | 123.00 | 6,217.16 |
| Holiday | 0.00 | | 0.00 | 80.00 | 3,985.20 |
| Personal - PTO | 0.00 | | 0.00 | 48.00 | 2,398.96 |
| Lump Sum Bonus - NDiscretionar | 0.00 | | 0.00 | 0.00 | 1,300.00 |
| OT NSB @ $1.00/hr | 0.00 | | 0.00 | 15.78 | 15.78 |
| **Total Hours Worked/Gross Pay:** | **63.39** | | **4,208.51** | **2,060.26** | **144,833.20** |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Roth Performance Sharing Sav | 0.00 | 598.94 |
| ARAG Legal Insurance | 4.55 | 186.55 |
| Dep Opt Term Life | 0.21 | 8.61 |
| Court Order | 105.43 | 4,322.63 |
| IAM Machinist Custom Choice B | 38.12 | 1,562.92 |
| Loan-HSP | 0.00 | 787.92 |
| Loan-PSP | 56.90 | 357.16 |
| IAM #709 Union Dues | 23.02 | 943.82 |
| **TOTAL:** | **228.23** | **8,768.55** |

### Taxes

| Description | Current | YTD | Taxable YTD |
|---|---|---|---|
| Fed Withholding | 411.93 | 12,810.01 | 142,019.48 |
| Fed FICA Med Hospital Ins / EE | 60.51 | 2,078.93 | 143,374.42 |
| Fed OASDI/Disability - EE | 258.72 | 8,889.21 | 143,374.42 |
| GA Withholding | 194.25 | 6,368.32 | 142,019.48 |
| **TOTAL:** | **925.41** | **30,146.47** | |

### Non-Paid Updates (Memo)

| Description | Hours | Current | Hours YTD | YTD |
|---|---|---|---|---|
| Abs FMLA-Unpaid | 0.00 | 0.00 | 35.52 | 0.00 |
| Pers Business-Unpaid | 0.85 | 0.00 | 29.80 | 0.00 |
| Medical Imputed Income | 0.00 | 164.13 | 0.00 | 6,729.33 |
| Dental Imputed Income | 0.00 | 13.44 | 0.00 | 551.04 |
| Vision Imputed Income | 0.00 | 1.88 | 0.00 | 77.08 |
| Special Accident Imputed Incom | 0.00 | 2.02 | 0.00 | 82.82 |

### Before-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Performance Sharing Savings Pl | 0.00 | 1,354.94 |
| Medical | 51.70 | 2,119.70 |
| Dental | 12.35 | 506.35 |
| Vision | 2.67 | 109.47 |
| Health Savings Account | 146.00 | 5,986.00 |
| EE Special Accident | 2.31 | 94.71 |
| Spouse Special Accident | 1.62 | 66.42 |
| Child Special Accident | 0.40 | 16.40 |
| **TOTAL:** | **217.05** | **10,253.99** |

| | Gross Earnings | Non-Taxable Reimbursements | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current:** | 4,208.51 | 0.00 | 925.41 | 445.28 | 2,837.82 |
| **YTD:** | 144,833.20 | 0.00 | 30,146.47 | 19,022.54 | 95,664.19 |

### Paid Time Off

| Plan | Earned |
|---|---|
| Vacation | 12.2 |
| Personal | 2 |

### Employer BIN
1925754LX

### Net Pay

| | |
|---|---|
| Advice # (Checking) | 1,120.00 |
| Advice # (Checking) | 350.00 |
| Advice # (Checking) | 1,367.82 |
| Check Date: | 10/11/2024 |

**For questions or concerns, please contact the following:**
Lockheed Martin Employee Service Center (LMESC) at 1-866-562-2363.
Overseas employees may call 201-242-4397.
TDD services are available at 800-TDD-TDD4.
Representatives will assist you 8am - 8pm, Monday - Friday, Eastern time.

**Note:** Year-To-Date (YTD) balance information is shown on the last pay statement of each month and on your latest weekly pay statement.

**LOCKHEED MARTIN**
Enterprise Business Services
P.O. Box 33003
Lakeland, FL 33807-3003

| Name | LMPeople ID | Regular Shift | Compensation Rate/Frequency | Hourly Absence Rate | Pay Period |
|---|---|---|---|---|---|
| Robert Hall, Jr | 098317 | 1 | $51.040000 / Hourly | $51.040000 | 09/21/2024 to 09/27/2024 |

### Hours/Earnings and Reimbursements
------------ Current ------------

| Description | Hours | Rate of Pay | Earnings |
|---|---|---|---|
| Regular Pay | 35.41 | 51.040000 | 1,807.33 |
| Overtime Base 1.0 | 22.37 | 51.040000 | 1,141.76 |
| Overtime Premium 0.5 | 10.87 | 25.520000 | 277.40 |
| Overtime Premium 1.0 | 11.50 | 51.040000 | 586.96 |
| Vacation | 0.00 | | 0.00 |
| Holiday | 0.00 | | 0.00 |
| Personal - PTO | 0.00 | | 0.00 |
| Lump Sum Bonus - NDiscretionar | 0.00 | | 0.00 |
| OT NSB @ $1.00/hr | 0.00 | | 0.00 |
| **Total Hours Worked/Gross Pay:** | **57.78** | | **3,813.45** |

### After-Tax Deductions

| Description | Current |
|---|---|
| Roth Performance Sharing Sav | 0.00 |
| ARAG Legal Insurance | 4.55 |
| Dep Opt Term Life | 0.21 |
| Court Order | 105.43 |
| IAM Machinist Custom Choice B | 38.12 |
| Loan-HSP | 0.00 |
| Loan-PSP | 23.46 |
| IAM #709 Union Dues | 23.02 |
| **TOTAL:** | **194.79** |

### Taxes

| Description | Current |
|---|---|
| Fed Withholding | 325.01 |
| Fed FICA Med Hospital Ins / EE | 54.78 |
| Fed OASDI/Disability - EE | 234.23 |
| GA Withholding | 172.56 |
| **TOTAL:** | **786.58** |

### Before-Tax Deductions

| Description | Current |
|---|---|
| Performance Sharing Savings Pl | 0.00 |
| Medical | 51.70 |
| Dental | 12.35 |
| Vision | 2.67 |
| Health Savings Account | 146.00 |
| EE Special Accident | 2.31 |
| Spouse Special Accident | 1.62 |
| Child Special Accident | 0.40 |
| **TOTAL:** | **217.05** |

### Non-Paid Updates (Memo)

| Description | Hours | Current |
|---|---|---|
| Abs FMLA-Unpaid | 0.00 | 0.00 |
| Pers Business-Unpaid | 4.59 | 0.00 |
| Medical Imputed Income | 0.00 | 164.13 |
| Dental Imputed Income | 0.00 | 13.44 |
| Vision Imputed Income | 0.00 | 1.88 |
| Special Accident Imputed Incom | 0.00 | 2.02 |

| | Gross Earnings | Non-Taxable Reimbursements | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current:** | 3,813.45 | 0.00 | 786.58 | 411.84 | 2,615.03 |

| Employer BIN |
|---|
| 1925754LX |

| Net Pay | |
|---|---|
| Advice # (Checking) | 1,120.00 |
| Advice # (Checking) | 350.00 |
| Advice # (Checking) | 1,145.03 |
| **Check Date:** | 10/04/2024 |



**For questions or concerns, please contact the following:**
Lockheed Martin Employee Service Center (LMESC) at 1-866-562-2363.
Overseas employees may call 201-242-4397.
TDD services are available at 800-TDD-TDD4.
Representatives will assist you 8am - 8pm, Monday - Friday, Eastern time.

**Note:** Year-To-Date (YTD) balance information below reflects the accrual as of the end of the month shown. Current YTD totals, and paid time off balances appear on your latest weekly pay statement.

**LOCKHEED MARTIN**
Enterprise Business Services
P.O. Box 33003
Lakeland, FL 33807-3003

| Name | LMPeople ID | Regular Shift | Compensation Rate/Frequency | Hourly Absence Rate | Pay Period |
|---|---|---|---|---|---|
| Robert Hall, Jr | 098317 | 1 | $51.040000 / Hourly | $51.040000 | 09/14/2024 to 09/20/2024 |

### Hours/Earnings and Reimbursements

| Description | Hours | Rate of Pay | Earnings | Hours YTD | Earnings YTD |
|---|---|---|---|---|---|
| Regular Pay | 36.28 | 51.040000 | 1,851.73 | 1,218.13 | 61,497.48 |
| Overtime Base 1.0 | 36.27 | 51.040000 | 1,851.22 | 720.96 | 36,452.07 |
| Overtime Premium 0.5 | 18.50 | 25.520000 | 472.12 | 454.20 | 11,560.74 |
| Overtime Premium 1.0 | 17.77 | 51.040000 | 906.98 | 266.76 | 13,485.93 |
| Vacation | 0.00 | | 0.00 | 121.00 | 6,115.08 |
| Holiday | 0.00 | | 0.00 | 80.00 | 3,985.20 |
| Personal - PTO | 0.00 | | 0.00 | 48.00 | 2,398.96 |
| Lump Sum Bonus - NDiscretionar | 0.00 | | 0.00 | 0.00 | 1,300.00 |
| OT NSB @ $1.00/hr | 0.00 | | 0.00 | 15.78 | 15.78 |
| **Total Hours Worked/Gross Pay:** | **72.55** | | **5,082.05** | **1,939.09** | **136,811.24** |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Roth Performance Sharing Sav | 0.00 | 598.94 |
| ARAG Legal Insurance | 4.55 | 177.45 |
| Dep Opt Term Life | 0.21 | 8.19 |
| Court Order | 105.43 | 4,111.77 |
| IAM Machinist Custom Choice B | 38.12 | 1,486.68 |
| Loan-HSP | 0.00 | 787.92 |
| Loan-PSP | 23.46 | 276.80 |
| IAM #709 Union Dues | 23.02 | 897.78 |
| **TOTAL:** | **194.79** | **8,345.53** |

### Taxes

| Description | Current | YTD | Taxable YTD |
|---|---|---|---|
| Fed Withholding | 612.85 | 12,073.07 | 134,068.68 |
| Fed FICA Med Hospital Ins / EE | 73.17 | 1,963.64 | 135,423.62 |
| Fed OASDI/Disability - EE | 312.88 | 8,396.26 | 135,423.62 |
| GA Withholding | 242.21 | 6,001.51 | 134,068.68 |
| **TOTAL:** | **1,241.11** | **28,434.48** | |

### Non-Paid Updates (Memo)

| Description | Hours | Current | Hours YTD | YTD |
|---|---|---|---|---|
| Abs FMLA-Unpaid | 0.00 | 0.00 | 35.52 | 0.00 |
| Pers Business-Unpaid | 3.72 | 0.00 | 24.36 | 0.00 |
| Medical Imputed Income | 0.00 | 164.13 | 0.00 | 6,401.07 |
| Dental Imputed Income | 0.00 | 13.44 | 0.00 | 524.16 |
| Vision Imputed Income | 0.00 | 1.88 | 0.00 | 73.32 |
| Special Accident Imputed Incom | 0.00 | 2.02 | 0.00 | 78.78 |

### Before-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Performance Sharing Savings Pl | 0.00 | 1,354.94 |
| Medical | 51.70 | 2,016.30 |
| Dental | 12.35 | 481.65 |
| Vision | 2.67 | 104.13 |
| Health Savings Account | 146.00 | 5,694.00 |
| EE Special Accident | 2.31 | 90.09 |
| Spouse Special Accident | 1.62 | 63.18 |
| Child Special Accident | 0.40 | 15.60 |
| **TOTAL:** | **217.05** | **9,819.89** |

| | Gross Earnings | Non-Taxable Reimbursements | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current:** | 5,082.05 | 0.00 | 1,241.11 | 411.84 | 3,429.10 |
| **YTD:** | 136,811.24 | 0.00 | 28,434.48 | 18,165.42 | 90,211.34 |

### Paid Time Off

| Plan | Earned |
|---|---|
| Vacation | 0.86 |
| Personal | 2 |

### Employer BIN
1925754LX

### Net Pay

| | |
|---|---|
| Advice # (Checking) | 1,120.00 |
| Advice # (Checking) | 350.00 |
| Advice # (Checking) | 1,959.10 |
| Check Date: | 09/27/2024 |



**For questions or concerns, please contact the following:**
Lockheed Martin Employee Service Center (LMESC) at 1-866-562-2363.
Overseas employees may call 201-242-4397.
TDD services are available at 800-TDD-TDD4.
Representatives will assist you 8am - 8pm, Monday - Friday, Eastern time.

**Note:** Year-To-Date (YTD) balance information is shown on the last pay statement of each month and on your latest weekly pay statement.

**LOCKHEED MARTIN**
Enterprise Business Services
P.O. Box 33003
Lakeland, FL 33807-3003

| Name | LMPeople ID | Regular Shift | Compensation Rate/Frequency | Hourly Absence Rate | Pay Period |
|---|---|---|---|---|---|
| Robert Hall, Jr | 098317 | 1 | $51.040000 / Hourly | $51.040000 | 09/07/2024 to 09/13/2024 |

### Hours/Earnings and Reimbursements
------------ Current ------------

| Description | Hours | Rate of Pay | Earnings |
|---|---|---|---|
| Regular Pay | 31.90 | 51.040000 | 1,628.18 |
| Overtime Base 1.0 | 40.97 | 51.040000 | 2,091.11 |
| Overtime Premium 0.5 | 20.04 | 25.520000 | 511.42 |
| Overtime Premium 1.0 | 20.93 | 51.040000 | 1,068.27 |
| Vacation | 5.00 | 51.040000 | 255.20 |
| Holiday | 0.00 | | 0.00 |
| Personal - PTO | 1.00 | 51.040000 | 51.04 |
| Lump Sum Bonus - NDiscretionar | 0.00 | | 0.00 |
| OT NSB @ $1.00/hr | 0.00 | | 0.00 |
| **Total Hours Worked/Gross Pay:** | **72.87** | | **5,605.22** |

### After-Tax Deductions

| Description | Current |
|---|---|
| Roth Performance Sharing Sav | 0.00 |
| ARAG Legal Insurance | 4.55 |
| Dep Opt Term Life | 0.21 |
| Court Order | 105.43 |
| IAM Machinist Custom Choice B | 38.12 |
| Loan-HSP | 0.00 |
| Loan-PSP | 23.46 |
| IAM #709 Union Dues | 23.02 |
| **TOTAL:** | **194.79** |

### Taxes

| Description | Current |
|---|---|
| Fed Withholding | 738.41 |
| Fed FICA Med Hospital Ins / EE | 80.76 |
| Fed OASDI/Disability - EE | 345.31 |
| GA Withholding | 270.93 |
| **TOTAL:** | **1,435.41** |

### Non-Paid Updates (Memo)

| Description | Hours | Current |
|---|---|---|
| Abs FMLA-Unpaid | 0.00 | 0.00 |
| Pers Business-Unpaid | 2.58 | 0.00 |
| Medical Imputed Income | 0.00 | 164.13 |
| Dental Imputed Income | 0.00 | 13.44 |
| Vision Imputed Income | 0.00 | 1.88 |
| Special Accident Imputed Incom | 0.00 | 2.02 |

### Before-Tax Deductions

| Description | Current |
|---|---|
| Performance Sharing Savings Pl | 0.00 |
| Medical | 51.70 |
| Dental | 12.35 |
| Vision | 2.67 |
| Health Savings Account | 146.00 |
| EE Special Accident | 2.31 |
| Spouse Special Accident | 1.62 |
| Child Special Accident | 0.40 |
| **TOTAL:** | **217.05** |

| | Gross Earnings | Non-Taxable Reimbursements | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current:** | 5,605.22 | 0.00 | 1,435.41 | 411.84 | 3,757.97 |

| Employer BIN |
|---|
| 1925754LX |

### Net Pay

| | | |
|---|---|---|
| Advice # (Checking) | | 1,120.00 |
| Advice # (Checking) | | 350.00 |
| Advice # (Checking) | | 2,287.97 |
| **Check Date:** | | 09/20/2024 |

**For questions or concerns, please contact the following:**
Lockheed Martin Employee Service Center (LMESC) at 1-866-562-2363.
Overseas employees may call 201-242-4397.
TDD services are available at 800-TDD-TDD4.
Representatives will assist you 8am - 8pm, Monday - Friday, Eastern time.

**Note:** Year-To-Date (YTD) balance information is shown on the last pay statement of each month and on your latest weekly pay statement.

**LOCKHEED MARTIN**
Enterprise Business Services
P.O. Box 33003
Lakeland, FL 33807-3003

| Name | LMPeople ID | Regular Shift | Compensation Rate/Frequency | Hourly Absence Rate | Pay Period |
|---|---|---|---|---|---|
| Robert Hall, Jr | 098317 | 1 | $51.040000 / Hourly | $51.040000 | 08/31/2024 to 09/06/2024 |

### Hours/Earnings and Reimbursements
------------ Current ------------

| Description | Hours | Rate of Pay | Earnings |
|---|---|---|---|
| Regular Pay | 29.39 | 51.040000 | 1,500.07 |
| Overtime Base 1.0 | 7.89 | 51.040000 | 402.71 |
| Overtime Premium 0.5 | 0.00 | | 0.00 |
| Overtime Premium 1.0 | 7.89 | 51.040000 | 402.71 |
| Vacation | 1.00 | 51.040000 | 51.04 |
| Holiday | 10.00 | 51.040000 | 510.40 |
| Personal - PTO | 0.00 | | 0.00 |
| Lump Sum Bonus - NDiscretionar | 0.00 | | 0.00 |
| OT NSB @ $1.00/hr | 15.78 | 1.000000 | 15.78 |
| **Total Hours Worked/Gross Pay:** | **37.28** | | **2,882.71** |

### After-Tax Deductions

| Description | Current |
|---|---|
| Roth Performance Sharing Sav | 0.00 |
| ARAG Legal Insurance | 4.55 |
| Dep Opt Term Life | 0.21 |
| Court Order | 105.43 |
| IAM Machinist Custom Choice B | 38.12 |
| Loan-HSP | 0.00 |
| Loan-PSP | 23.46 |
| IAM #709 Union Dues | 23.02 |
| **TOTAL:** | **194.79** |

### Taxes

| Description | Current |
|---|---|
| Fed Withholding | 120.25 |
| Fed FICA Med Hospital Ins / EE | 41.28 |
| Fed OASDI/Disability - EE | 176.53 |
| GA Withholding | 121.46 |
| **TOTAL:** | **459.52** |

### Before-Tax Deductions

| Description | Current |
|---|---|
| Performance Sharing Savings Pl | 0.00 |
| Medical | 51.70 |
| Dental | 12.35 |
| Vision | 2.67 |
| Health Savings Account | 146.00 |
| EE Special Accident | 2.31 |
| Spouse Special Accident | 1.62 |
| Child Special Accident | 0.40 |
| **TOTAL:** | **217.05** |

### Non-Paid Updates (Memo)

| Description | Hours | Current |
|---|---|---|
| Abs FMLA-Unpaid | 0.00 | 0.00 |
| Pers Business-Unpaid | 0.10 | 0.00 |
| Medical Imputed Income | 0.00 | 164.13 |
| Dental Imputed Income | 0.00 | 13.44 |
| Vision Imputed Income | 0.00 | 1.88 |
| Special Accident Imputed Incom | 0.00 | 2.02 |

| | Gross Earnings | Non-Taxable Reimbursements | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current:** | 2,882.71 | 0.00 | 459.52 | 411.84 | 2,011.35 |

| Employer BIN |
|---|
| 1925754LX |

| Net Pay | |
|---|---|
| Advice # (Checking)  | 1,120.00 |
| Advice # (Checking) | 250.00 |
| Advice # (Checking) | 641.35 |
| Check Date: | 09/13/2024 |

**For questions or concerns, please contact the following:**
Lockheed Martin Employee Service Center (LMESC) at 1-866-562-2363.
Overseas employees may call 201-242-4397.
TDD services are available at 800-TDD-TDD4.
Representatives will assist you 8am - 8pm, Monday - Friday, Eastern time.

**Note:** Year-To-Date (YTD) balance information is shown on the last pay statement of each month and on your latest weekly pay statement.

**LOCKHEED MARTIN**
Enterprise Business Services
P.O. Box 33003
Lakeland, FL 33807-3003

| Name | LMPeople ID | Regular Shift | Compensation Rate/Frequency | Hourly Absence Rate | Pay Period |
|---|---|---|---|---|---|
| Robert Hall, Jr | 098317 | 1 | $51.040000 / Hourly | $51.040000 | 08/24/2024 to 08/30/2024 |

### Hours/Earnings and Reimbursements
------------ Current ------------

| Description | Hours | Rate of Pay | Earnings |
|---|---|---|---|
| Regular Pay | 33.64 | 51.040000 | 1,716.99 |
| Overtime Base 1.0 | 31.07 | 51.040000 | 1,585.81 |
| Overtime Premium 0.5 | 21.93 | 25.520000 | 559.65 |
| Overtime Premium 1.0 | 9.14 | 51.040000 | 466.51 |
| Vacation | 7.00 | 51.040000 | 357.28 |
| Holiday | 0.00 | | 0.00 |
| Personal - PTO | 0.00 | | 0.00 |
| Lump Sum Bonus - NDiscretionar | 0.00 | | 0.00 |
| OT NSB @ $1.00/hr | 0.00 | | 0.00 |
| **Total Hours Worked/Gross Pay:** | **64.71** | | **4,686.24** |

### After-Tax Deductions

| Description | Current |
|---|---|
| Roth Performance Sharing Sav | 0.00 |
| ARAG Legal Insurance | 4.55 |
| Dep Opt Term Life | 0.21 |
| Court Order | 105.43 |
| IAM Machinist Custom Choice B | 38.12 |
| Loan-HSP | 0.00 |
| Loan-PSP | 23.46 |
| IAM #709 Union Dues | 23.02 |
| **TOTAL:** | **194.79** |

### Taxes

| Description | Current |
|---|---|
| Fed Withholding | 517.85 |
| Fed FICA Med Hospital Ins / EE | 67.44 |
| Fed OASDI/Disability - EE | 288.34 |
| GA Withholding | 220.48 |
| **TOTAL:** | **1,094.11** |

### Before-Tax Deductions

| Description | Current |
|---|---|
| Performance Sharing Savings Pl | 0.00 |
| Medical | 51.70 |
| Dental | 12.35 |
| Vision | 2.67 |
| Health Savings Account | 146.00 |
| EE Special Accident | 2.31 |
| Spouse Special Accident | 1.62 |
| Child Special Accident | 0.40 |
| **TOTAL:** | **217.05** |

### Non-Paid Updates (Memo)

| Description | Hours | Current |
|---|---|---|
| Abs FMLA-Unpaid | 0.00 | 0.00 |
| Pers Business-Unpaid | 0.00 | 0.00 |
| Medical Imputed Income | 0.00 | 164.13 |
| Dental Imputed Income | 0.00 | 13.44 |
| Vision Imputed Income | 0.00 | 1.88 |
| Special Accident Imputed Incom | 0.00 | 2.02 |

| | Gross Earnings | Non-Taxable Reimbursements | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current:** | 4,686.24 | 0.00 | 1,094.11 | 411.84 | 3,180.29 |

| Employer BIN |
|---|
| 1925754LX |

### Net Pay



| | Net Pay |
|---|---|
| Advice # (Checking) | 250.00 |
| Advice # (Checking) | 350.00 |
| Advice # (Checking) | 2,580.29 |
| Check Date: | 09/06/2024 |

**For questions or concerns, please contact the following:**
Lockheed Martin Employee Service Center (LMESC) at 1-866-562-2363.
Overseas employees may call 201-242-4397.
TDD services are available at 800-TDD-TDD4.
Representatives will assist you 8am - 8pm, Monday - Friday, Eastern time.

**Note:** Year-To-Date (YTD) balance information below reflects the accrual as of the end of the month shown. Current YTD totals, and paid time off balances appear on your latest weekly pay statement.

**LOCKHEED MARTIN**
Enterprise Business Services
P.O. Box 33003
Lakeland, FL 33807-3003

| Name | LMPeople ID | Regular Shift | Compensation Rate/Frequency | Hourly Absence Rate | Pay Period |
|---|---|---|---|---|---|
| Robert Hall, Jr | 098317 | 1 | $51.040000 / Hourly | $51.040000 | 08/17/2024 to 08/23/2024 |

### Hours/Earnings and Reimbursements

| Description | Hours | Rate of Pay | Earnings | Hours YTD | Earnings YTD |
|---|---|---|---|---|---|
| Regular Pay | 30.96 | 51.040000 | 1,580.20 | 1,086.92 | 54,800.51 |
| Overtime Base 1.0 | 17.79 | 51.040000 | 908.00 | 604.76 | 30,521.22 |
| Overtime Premium 0.5 | 12.54 | 25.520000 | 320.02 | 393.73 | 10,017.55 |
| Overtime Premium 1.0 | 5.25 | 51.040000 | 267.96 | 211.03 | 10,641.46 |
| Vacation | 0.00 | | 0.00 | 108.00 | 5,451.56 |
| Holiday | 0.00 | | 0.00 | 70.00 | 3,474.80 |
| Personal - PTO | 0.00 | | 0.00 | 47.00 | 2,347.92 |
| Lump Sum Bonus - NDiscretionar | 0.00 | | 0.00 | 0.00 | 1,300.00 |
| **Total Hours Worked/Gross Pay:** | **48.75** | | **3,076.18** | **1,691.68** | **118,555.02** |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Roth Performance Sharing Sav | 0.00 | 598.94 |
| ARAG Legal Insurance | 4.55 | 159.25 |
| Dep Opt Term Life | 0.21 | 7.35 |
| Court Order | 105.43 | 3,690.05 |
| IAM Machinist Custom Choice B | 38.12 | 1,334.20 |
| Loan-HSP | 0.00 | 787.92 |
| Loan-PSP | 23.46 | 182.96 |
| IAM #709 Union Dues | 23.02 | 805.70 |
| **TOTAL:** | **194.79** | **7,566.37** |

### Taxes

| Description | Current | YTD | Taxable YTD |
|---|---|---|---|
| Fed Withholding | 162.81 | 10,083.71 | 115,954.78 |
| Fed FICA Med Hospital Ins / EE | 44.09 | 1,700.99 | 117,309.72 |
| Fed OASDI/Disability - EE | 188.51 | 7,273.20 | 117,309.72 |
| GA Withholding | 132.09 | 5,146.43 | 115,954.78 |
| **TOTAL:** | **527.50** | **24,204.33** | |

### Before-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Performance Sharing Savings Pl | 0.00 | 1,354.94 |
| Medical | 51.70 | 1,809.50 |
| Dental | 12.35 | 432.25 |
| Vision | 2.67 | 93.45 |
| Health Savings Account | 146.00 | 5,110.00 |
| EE Special Accident | 2.31 | 80.85 |
| Spouse Special Accident | 1.62 | 56.70 |
| Child Special Accident | 0.40 | 14.00 |
| **TOTAL:** | **217.05** | **8,951.69** |

### Non-Paid Updates (Memo)

| Description | Hours | Current | Hours YTD | YTD |
|---|---|---|---|---|
| Abs FMLA-Unpaid | 3.17 | 0.00 | 35.52 | 0.00 |
| Pers Business-Unpaid | 0.00 | 0.00 | 17.96 | 0.00 |
| Medical Imputed Income | 0.00 | 164.13 | 0.00 | 5,744.55 |
| Dental Imputed Income | 0.00 | 13.44 | 0.00 | 470.40 |
| Vision Imputed Income | 0.00 | 1.88 | 0.00 | 65.80 |
| Special Accident Imputed Incom | 0.00 | 2.02 | 0.00 | 70.70 |

| | Gross Earnings | Non-Taxable Reimbursements | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current:** | 3,076.18 | 0.00 | 527.50 | 411.84 | 2,136.84 |
| **YTD:** | 118,555.02 | 0.00 | 24,204.33 | 16,518.06 | 77,832.63 |

### Paid Time Off

| Plan | Earned |
|---|---|
| Vacation | 0.52 |
| Personal | 2 |

**Employer BIN**
1925754LX

### Net Pay

| | |
|---|---|
| Advice # (Checking) | 250.00 |
| Advice # (Checking) | 350.00 |
| Advice # (Checking) | 1,536.84 |
| Check Date: | 08/30/2024 |

**For questions or concerns, please contact the following:**
Lockheed Martin Employee Service Center (LMESC) at 1-866-562-2363.
Overseas employees may call 201-242-4397.
TDD services are available at 800-TDD-TDD4.
Representatives will assist you 8am - 8pm, Monday - Friday, Eastern time.

**Note:** Year-To-Date (YTD) balance information is shown on the last pay statement of each month and on your latest weekly pay statement.

**LOCKHEED MARTIN**
Enterprise Business Services
P.O. Box 33003
Lakeland, FL 33807-3003

| Name | LMPeople ID | Regular Shift | Compensation Rate/Frequency | Hourly Absence Rate | Pay Period |
|---|---|---|---|---|---|
| Robert Hall, Jr | 098317 | 1 | $51.040000 / Hourly | $51.040000 | 08/10/2024 to 08/16/2024 |

### Hours/Earnings and Reimbursements
------------ Current ------------

| Description | Hours | Rate of Pay | Earnings |
|---|---|---|---|
| Regular Pay | 37.42 | 51.040000 | 1,909.92 |
| Overtime Base 1.0 | 0.00 | | 0.00 |
| Overtime Premium 0.5 | 0.00 | | 0.00 |
| Overtime Premium 1.0 | 0.00 | | 0.00 |
| Vacation | 0.00 | | 0.00 |
| Holiday | 0.00 | | 0.00 |
| Personal - PTO | 0.00 | | 0.00 |
| Lump Sum Bonus - NDiscretionar | 0.00 | | 0.00 |
| **Total Hours Worked/Gross Pay:** | **37.42** | | **1,909.92** |

### After-Tax Deductions

| Description | Current |
|---|---|
| Roth Performance Sharing Sav | 0.00 |
| ARAG Legal Insurance | 4.55 |
| Dep Opt Term Life | 0.21 |
| Court Order | 105.43 |
| IAM Machinist Custom Choice B | 38.12 |
| Loan-HSP | 0.00 |
| Loan-PSP | 23.46 |
| IAM #709 Union Dues | 23.02 |
| **TOTAL:** | **194.79** |

### Taxes

| Description | Current |
|---|---|
| Fed Withholding | 39.92 |
| Fed FICA Med Hospital Ins / EE | 27.18 |
| Fed OASDI/Disability - EE | 116.21 |
| GA Withholding | 68.06 |
| **TOTAL:** | **251.37** |

### Before-Tax Deductions

| Description | Current |
|---|---|
| Performance Sharing Savings Pl | 0.00 |
| Medical | 51.70 |
| Dental | 12.35 |
| Vision | 2.67 |
| Health Savings Account | 146.00 |
| EE Special Accident | 2.31 |
| Spouse Special Accident | 1.62 |
| Child Special Accident | 0.40 |
| **TOTAL:** | **217.05** |

### Non-Paid Updates (Memo)

| Description | Hours | Current |
|---|---|---|
| Abs FMLA-Unpaid | 3.00 | 0.00 |
| Pers Business-Unpaid | 0.00 | 0.00 |
| Medical Imputed Income | 0.00 | 164.13 |
| Dental Imputed Income | 0.00 | 13.44 |
| Vision Imputed Income | 0.00 | 1.88 |
| Special Accident Imputed Incom | 0.00 | 2.02 |

| | Gross Earnings | Non-Taxable Reimbursements | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current:** | 1,909.92 | 0.00 | 251.37 | 411.84 | 1,246.71 |

| Employer BIN |
|---|
| 1925754LX |

| Net Pay | |
|---|---|
| Advice # (Checking) | 250.00 |
| Advice # (Checking) | 350.00 |
| Advice # (Checking) | 646.71 |
| Check Date: | /2024 |

**For questions or concerns, please contact the following:**
Lockheed Martin Employee Service Center (LMESC) at 1-866-562-2363.
Overseas employees may call 201-242-4397.
TDD services are available at 800-TDD-TDD4.
Representatives will assist you 8am - 8pm, Monday - Friday, Eastern time.

**Note:** Year-To-Date (YTD) balance information is shown on the last pay statement of each month and on your latest weekly pay statement.

**LOCKHEED MARTIN**
Enterprise Business Services
P.O. Box 33003
Lakeland, FL 33807-3003

| Name | LMPeople ID | Regular Shift | Compensation Rate/Frequency | Hourly Absence Rate | Pay Period |
|---|---|---|---|---|---|
| Robert Hall, Jr | 098317 | 1 | $51.040000 / Hourly | $51.040000 | 08/03/2024 to 08/09/2024 |

### Hours/Earnings and Reimbursements
------------ Current ------------

| Description | Hours | Rate of Pay | Earnings |
|---|---|---|---|
| Regular Pay | 31.25 | 51.040000 | 1,595.00 |
| Overtime Base 1.0 | 34.82 | 51.040000 | 1,777.21 |
| Overtime Premium 0.5 | 22.68 | 25.520000 | 578.79 |
| Overtime Premium 1.0 | 12.14 | 51.040000 | 619.63 |
| Vacation | 8.00 | 51.040000 | 408.32 |
| Holiday | 0.00 | | 0.00 |
| Personal - PTO | 0.00 | | 0.00 |
| Lump Sum Bonus - NDiscretionar | 0.00 | | 0.00 |
| **Total Hours Worked/Gross Pay:** | **66.07** | | **4,978.95** |

### After-Tax Deductions

| Description | Current |
|---|---|
| Roth Performance Sharing Sav | 0.00 |
| ARAG Legal Insurance | 4.55 |
| Dep Opt Term Life | 0.21 |
| Court Order | 105.43 |
| IAM Machinist Custom Choice B | 38.12 |
| Loan-HSP | 0.00 |
| Loan-PSP | 23.46 |
| IAM #709 Union Dues | 23.02 |
| **TOTAL:** | **194.79** |

### Taxes

| Description | Current |
|---|---|
| Fed Withholding | 588.10 |
| Fed FICA Med Hospital Ins / EE | 71.67 |
| Fed OASDI/Disability - EE | 306.49 |
| GA Withholding | 236.55 |
| **TOTAL:** | **1,202.81** |

### Before-Tax Deductions

| Description | Current |
|---|---|
| Performance Sharing Savings Pl | 0.00 |
| Medical | 51.70 |
| Dental | 12.35 |
| Vision | 2.67 |
| Health Savings Account | 146.00 |
| EE Special Accident | 2.31 |
| Spouse Special Accident | 1.62 |
| Child Special Accident | 0.40 |
| **TOTAL:** | **217.05** |

### Non-Paid Updates (Memo)

| Description | Hours | Current |
|---|---|---|
| Abs FMLA-Unpaid | 0.00 | 0.00 |
| Pers Business-Unpaid | 0.50 | 0.00 |
| Medical Imputed Income | 0.00 | 164.13 |
| Dental Imputed Income | 0.00 | 13.44 |
| Vision Imputed Income | 0.00 | 1.88 |
| Special Accident Imputed Incom | 0.00 | 2.02 |

| | Gross Earnings | Non-Taxable Reimbursements | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current:** | 4,978.95 | 0.00 | 1,202.81 | 411.84 | 3,364.30 |

| Employer BIN |
|---|
| 1925754LX |

### Net Pay



| | |
|---|---|
| Advice # (Checking) | 250.00 |
| Advice # (Checking) | 350.00 |
| Advice # (Checking) | 2,764.30 |
| **Check Date:** | 08/16/2024 |

**For questions or concerns, please contact the following:**
Lockheed Martin Employee Service Center (LMESC) at 1-866-562-2363.
Overseas employees may call 201-242-4397.
TDD services are available at 800-TDD-TDD4.
Representatives will assist you 8am - 8pm, Monday - Friday, Eastern time.